1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10   GLEN BUI,
11                   Plaintiff,                 CASE NO.      C05-5540KLS

12        v.                                    ORDER GRANTING
                                                PLAINTIFF'S APPLICATION TO
13   JO ANNE B. BARNHART, Commissioner of       PROCEED *IN FORMA PAUPERIS*
     Social Security,
14
                     Defendant.
15
16

17        Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**.  Plaintiff does not

18   appear to have funds available to afford the $250.00 filing fee.

19        The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.

20        DATED this 29th day of August, 2005.

21
22
23
24                                              Karen L. Strombom
                                                United States Magistrate Judge
25
26
27
28

ORDER
Page - 1