UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLEN BUI,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. C05-5540-RBL<br><br><br>ORDER |

　　　Defendant's motion to correct Commissioner's brief filed on January 10, 2006, is granted. The Commissioner's brief, at page 17, lines 3 through 10, is corrected to reflect that ALJ Schellentrager did refer Plaintiff's case to the Office of Inspector General for investigation. .

Page 1　　ORDER - [C05-5540-RBL]

1

2   DATED this 25th day of January, 2006.

3

4

5   _____
    Karen L. Strombom
6   United States Magistrate Judge

7

8

9

10 Presented by:

11 s/ STEPHANIE R. MARTZ    WSB # 28636
   Special Assistant U.S. Attorney
12 Office of the General Counsel
13 701 Fifth Ave, Ste 2900
   Seattle, WA 98104
14 Phone: (206) 615-2272
15 Fax: (206)615-2531
   stephanie.martz@ssa.gov
16

17

18

19

20

21

22

23

24

25

26

27

28 Page 2    ORDER - [C05-5540-RBL]